Certificate Number: 05781-PAE-DE-036363347

Bankruptcy Case Number: 21-13261



05781-PAE-DE-036363347

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2022, at 11:27 o'clock PM PST, Barbara Fisher completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 28, 2022          By:   /s/Allison M Geving

Name: Allison M Geving

Title:  President