## LOCAL BANKRUPTCY FORM 1007-1(c)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF
### PENNSYLVANIA

IN RE:

Barbara Fisher

: CHAPTER 13

: CASE NO. __-21-bk-13261

Debtor(s) :

### CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Barbara Fisher  hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

[ ] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[xx] I have received no regular income other than Social Security payments *and pension income* throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

[ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 3/14/22

*Barbara Fisher*
Debtor

_____
Joint Debtor