UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 21-13261-MDC |
| Barbara Fisher | : | |
| Debtor | : | Chapter: 13 |

CERTIFICATE OF NO OBJECTION

On March 7, 2022, undersigned counsel for the debtor filed and served a Motion to Reconsider Order of Dismissal and to Reinstate Case.  Responses to the motion were due on or before March 22, 2022.  This Court's docket reflects that no objections were filed to the motion. Additionally, no objections to the motion have been received. Accordingly, debtor respectfully requests that the Order attached to the Motion be entered at the Court's earliest convenience.

By:

/s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esq.
Attorney for Debtor
1628 J.F.K. Blvd, Suite 1000
Philadelphia, Pa 19103
(215) 569-1040
Jhs@stanwoodlaw.com
Dated: March 30, 2020