UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.: 21-13261 |
| Barbara Fisher | : | |
| Debtor | : | Chapter 13 |

## O R D E R

Upon consideration of the above Debtor's Motion to Reconsider order dismissing chapter 13 case and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The order dismissing the above matter dated March 3, 2022, is hereby VACATED and the case is reinstated.

By the Court:

April 7, 2022

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge