United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-13261-mdc

Barbara Fisher  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 07, 2022  Form ID: pdf900  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Fisher, 2829 Colmar Ave, Bensalem, PA 19020-2618 |
| 14656848 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, AR Resources Inc, P.O. Box 1056, Blue Bell, PA 19422-0287 |
| 14656849 | | Asset Max, P.O. Box 190191, South Richmond Hill, NY 11419-0191 |
| 14656850 | | Bureau of Accounts Con, 3601 Route 9 North, Howell, NJ 07731-3395 |
| 14656851 | | Cby Systems Inc, 33 S. Duke Street, York, PA 17401-1401 |
| 14656852 | | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14656853 | | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14656860 | + | The Law Offices of Jonathan Stanwood, LL, 1628 JFK Blvd., Suite 1000, Philadelphia, PA 19103-2100 |
| 14658510 | + | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14669571 | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 14667745 | + | US Bank Trust NA, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 07 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 07 2022 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 23:56:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656848 | | Email/Text: collectors@arresourcesinc.com | Apr 07 2022 23:46:00 | AR Resources Inc, P.O. Box 1056, Blue Bell, PA 19422-0287 |
| 14656854 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 07 2022 23:46:00 | LSF9 Master Participation Trust, Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14656855 | | Email/Text: bk@mbb.net | Apr 07 2022 23:46:00 | Medical Business Bureau, 1460 Renaissance Drive, Park Ridge, IL 60068-1331 |
| 14656856 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2022 23:46:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14656857 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2022 23:46:00 | Midland Funding LLC, P.O. BOx 2011, Warren, MI 48090-2011 |
| 14656858 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 07 2022 23:46:00 | PECO Energy, Bankruptcy Notice, P.O. Box 8699, Philadelphia, PA 19101-8699 |
| 14656859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

| 14654993 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 23:56:58 | 17128-0946<br>Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN H. STANWOOD | on behalf of Debtor Barbara Fisher jhs@stanwoodlaw.com paralegal@stanwoodlaw.com,jhsecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.: 21-13261 |
| Barbara Fisher | : | |
| Debtor | : | Chapter 13 |

### O R D E R

Upon consideration of the above Debtor's Motion to Reconsider order dismissing chapter 13 case and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The order dismissing the above matter dated March 3, 2022, is hereby VACATED and the case is reinstated.

By the Court:

April 7, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge