# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                     Chapter 13

BARBARA FISHER            Bankruptcy No. 21-13261-MDC

2829 COLMAR AVE

BENSALEM, PA 19020

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BARBARA FISHER

    2829 COLMAR AVE

    BENSALEM, PA 19020

**Counsel for debtor(s), by electronic notice only.**
    JONATHAN H STANWOOD ESQ
    8 PENN CENTER, SUITE 1000
    1628 JFK BLVD
    PHILADELPHIA, PA 19103

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/28/2022                                                                     /s/ Kenneth E. West

                                                                                      _____
                                                                                      Kenneth E. West, Esquire
                                                                                      Chapter 13 Standing Trustee