**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    BARBARA FISHER<br>    Debtor | Chapter: 13 |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST<br>    Movant<br>    v.<br>BARBARA FISHER<br>    Debtor<br>    Respondent | Bankruptcy Case: 21-13261-mdc<br><br>Judge: COLEMAN, MAGDELINE D. |

**ORDER**

AND NOW, upon the Motion for Relief filed by U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee Of LSF9 Master Participation Trust ("*Creditor*"), upon the response thereto filed by Barbara Fisher ("*Debtor*"), and after an evidentiary hearing and consent of the parties, it is hereby ORDERED and DECREED that:

1. Creditor is CONDITIONALLY GRANTED relief from the automatic stay with respect to the real property located at 2829 Colmar Avenue, Bensalem, PA 19020 as described in this Order, however such relief is stayed pending further Order of Court;

2. As of January 31, 2023 the post-petition default of the mortgage was $3,916.93;

3. Debtor has cured the post-petition default in part by remitting a lump sum payment of $3,915.81;

4. Debtor shall cure the remaining post-petition default by remitting an additional $1.12 with their March 2023 post-petition monthly mortgage payment;

5. Assuming Debtor timely remits their March 2023 post-petition mortgage payment together with the additional $1.12, Debtor will be post-petition current and due for the April 2023 post-petition mortgage payment;

6. Debtor shall timely remit all post-petition monthly mortgage payments directly to Creditor;

7. Should Debtor fail to make any of the payments set forth in this Order, Creditor, and/or their Counsel, may give Debtor notice of the default, and if such default is not cured within 10 days of the notice, Creditor may file a certification of default with this Court to seek immediately relief from the automatic bankruptcy stay; and

      8.      The procedure described in paragraph 7 shall remain in effect for the remaining life of this bankruptcy action

Date: 4/3/2023

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE