United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13261-mdc |
| Barbara Fisher | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

**Recip ID    Recipient Name and Address**
db             + Barbara Fisher, 2829 Colmar Ave, Bensalem, PA 19020-2618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

**Name**                          **Email Address**

BRIAN CRAIG NICHOLAS
                                  on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
                                  on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

JONATHAN H. STANWOOD
                                  on behalf of Debtor Barbara Fisher jhs@stanwoodlaw.com paralegal@stanwoodlaw.com,jhsecf@gmail.com

KENNETH E. WEST
                                  ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
                                  on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

STEVEN K. EISENBERG

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    BARBARA FISHER<br>    Debtor | Chapter: 13 |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST<br>    Movant<br>    v. | Bankruptcy Case: 21-13261-mdc<br><br>Judge: COLEMAN, MAGDELINE D. |
| BARBARA FISHER<br>    Debtor<br>    Respondent | |

**ORDER**

AND NOW, upon the Motion for Relief filed by U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee Of LSF9 Master Participation Trust ("*Creditor*"), upon the response thereto filed by Barbara Fisher ("*Debtor*"), and after an evidentiary hearing and consent of the parties, it is hereby ORDERED and DECREED that:

1. Creditor is CONDITIONALLY GRANTED relief from the automatic stay with respect to the real property located at 2829 Colmar Avenue, Bensalem, PA 19020 as described in this Order, however such relief is stayed pending further Order of Court;

2. As of January 31, 2023 the post-petition default of the mortgage was $3,916.93;

3. Debtor has cured the post-petition default in part by remitting a lump sum payment of $3,915.81;

4. Debtor shall cure the remaining post-petition default by remitting an additional $1.12 with their March 2023 post-petition monthly mortgage payment;

5. Assuming Debtor timely remits their March 2023 post-petition mortgage payment together with the additional $1.12, Debtor will be post-petition current and due for the April 2023 post-petition mortgage payment;

6. Debtor shall timely remit all post-petition monthly mortgage payments directly to Creditor;

7. Should Debtor fail to make any of the payments set forth in this Order, Creditor, and/or their Counsel, may give Debtor notice of the default, and if such default is not cured within 10 days of the notice, Creditor may file a certification of default with this Court to seek immediately relief from the automatic bankruptcy stay; and

8. The procedure described in paragraph 7 shall remain in effect for the remaining life of this bankruptcy action

Date: 4/3/2023

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE