# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-13261-MDC

BARBARA  FISHER

2829 COLMAR AVE

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BARBARA  FISHER

2829 COLMAR AVE

BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

JONATHAN H STANWOOD ESQ
1 PENN CENTER, SUITE 500
1617 JFK BOULEVARD
PHILADELPHIA, PA 19103-

Date: 4/19/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee