*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Barbara Fisher
    Debtor(s)                              Case No: 21–13261–mdc

                                                           Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 10/26/23 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107


                                                                                             For The Court

                                                                                             Timothy B. McGrath
                                                                                             Clerk of Court