United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 21-13261-mdc
Barbara Fisher | Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Sep 26, 2023 | Form ID: 152 | Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Fisher, 2829 Colmar Ave, Bensalem, PA 19020-2618 |
| 14656849 | | Asset Max, P.O. Box 190191, South Richmond Hill, NY 11419-0191 |
| 14656850 | # | Bureau of Accounts Con, 3601 Route 9 North, Howell, NJ 07731-3395 |
| 14656851 | | Cby Systems Inc, 33 S. Duke Street, York, PA 17401-1401 |
| 14656852 | | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14656860 | + | The Law Offices of Jonathan Stanwood, LL, 1628 JFK Blvd., Suite 1000, Philadelphia, PA 19103-2100 |
| 14706644 | + | U.S.Bank Trust National Assoc., c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14656848 | | Email/Text: collectors@arresourcesinc.com | Sep 27 2023 06:27:00 | AR Resources Inc, P.O. Box 1056, Blue Bell, PA 19422-0287 |
| 14656853 | ^ | MEBN | Sep 27 2023 06:21:32 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14656854 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 27 2023 06:27:00 | LSF9 Master Participation Trust, Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14658510 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 27 2023 06:27:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14656855 | | Email/Text: bk@mbb.net | Sep 27 2023 06:26:00 | Medical Business Bureau, 1460 Renaissance Drive, Park Ridge, IL 60068-1331 |
| 14656856 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 06:27:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14656857 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 06:27:00 | Midland Funding LLC, P.O. BOx 2011, Warren, MI 48090-2011 |
| 14656858 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 27 2023 06:27:00 | PECO Energy, Bankruptcy Notice, P.O. Box 8699, Philadelphia, PA 19101-8699 |
| 14656859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2023 06:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14654993 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:29:34 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 152 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14669571 | ^ | MEBN | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Sep 27 2023 06:21:16 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 14667745 | ^ | MEBN | | |
| | | | Sep 27 2023 06:21:34 | US Bank Trust NA, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JONATHAN H. STANWOOD | on behalf of Debtor Barbara Fisher jhs@stanwoodlaw.com  paralegal@stanwoodlaw.com,jhsecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Barbara Fisher
    Debtor(s)

Case No: 21−13261−mdc
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 10/26/23 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

76
Form 152