# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-13261-MDC

BARBARA FISHER

2829 COLMAR AVE

BENSALEM, PA 19020

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BARBARA FISHER

2829 COLMAR AVE

BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    JONATHAN H STANWOOD ESQ
    1 PENN CENTER, SUITE 500
    1617 JFK BOULEVARD
    PHILADELPHIA, PA 19103-

/S/ Kenneth E. West

Date: 10/31/2023

Kenneth E. West, Esquire
Chapter 13 Standing Trustee