UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                          :         Case No.: 21-13261-MDC

   Barbara Fisher                                       :

      Debtor                                              :         Chapter 13

### Certificate of Service

I, Jonathan H. Stanwood, Esquire, attorney for the debtor, hereby certify that on the date indicated below, I caused a copy of the Debtor's Amended Chapter 13 Plan which was filed January 17, 2024, to be served either electronically or via first class mail on all priority and secured creditors and the chapter 13 trustee in accordance with L.B.R. 3015-2(a).

By:   /s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esquire
1 Penn Center, Suite 500
Philadelphia, Pa 19103
(215) 569-1040

Date: January 18, 2024