United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara Fisher  
    Debtor

Case No. 21-13261-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 09, 2024      Form ID: 155      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Fisher, 2829 Colmar Ave, Bensalem, PA 19020-2618 |
| 14656849 | | Asset Max, P.O. Box 190191, South Richmond Hill, NY 11419-0191 |
| 14656851 | | Cby Systems Inc, 33 S. Duke Street, York, PA 17401-1401 |
| 14656852 | | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14654993 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14848966 | + | The Law Offices of Jonathan H. Stanwood,LL, 1617 JFK Blvd., Suite 500, Philadelphia PA 19103-1805 |
| 14656860 | + | The Law Offices of Jonathan Stanwood, LL, 1628 JFK Blvd., Suite 1000, Philadelphia, PA 19103-2100 |
| 14706644 | + | U.S.Bank Trust National Assoc., c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14656848 | | Email/Text: collectors@arresourcesinc.com | Apr 10 2024 00:21:00 | AR Resources Inc, P.O. Box 1056, Blue Bell, PA 19422-0287 |
| 14656853 | ^ | MEBN | Apr 10 2024 00:20:22 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14656854 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 10 2024 00:21:00 | LSF9 Master Participation Trust, Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14658510 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 10 2024 00:21:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14656855 | | Email/Text: bk@mbb.net | Apr 10 2024 00:21:00 | Medical Business Bureau, 1460 Renaissance Drive, Park Ridge, IL 60068-1331 |
| 14656856 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2024 00:21:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14656857 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2024 00:21:00 | Midland Funding LLC, P.O. BOx 2011, Warren, MI 48090-2011 |
| 14656858 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 10 2024 00:21:00 | PECO Energy, Bankruptcy Notice, P.O. Box 8699, Philadelphia, PA 19101-8699 |
| 14656859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14669571 | ^ | MEBN | Apr 10 2024 00:20:19 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: 155 | Total Noticed: 19 |

14667745         ^   MEBN

Apr 10 2024 00:20:30   US Bank Trust NA, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14656850 | ## | Bureau of Accounts Con, 3601 Route 9 North, Howell, NJ 07731-3395 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| JONATHAN H. STANWOOD | on behalf of Debtor Barbara Fisher jhs@stanwoodlaw.com paralegal@stanwoodlaw.com,JonathanHStanwoodLLC@jubileebk.net,wna@stanwoodlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust mfarrington@kmllawgroup.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Barbara Fisher ) | Case No. 21−13261−mdc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 4, 2024

For The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court