**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    BARBARA FISHER<br>        Debtor(s)<br>U.S. BANK TRUST NATIONAL<br>ASSOCIATION, NOT IN ITS<br>INDIVIDUAL CAPACITY, BUT SOLELY<br>AS TRUSTEE OF LSF9 MASTER<br>PARTICIPATION TRUST<br>        Movant<br>v.<br>BARBARA FISHER<br>        Debtor(s)<br>DEAN J. FISHER<br>FRANKLIN P. FISHER, JR.<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 21-13261-djb |

**O R D E R**

AND NOW, this ____ day of _____, 20____ upon the Motion for  Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and any successor in interest and Debtor, Barbara Fisher, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **2829 Colmar Ave, Bensalem, PA 19020**.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: March 23, 2026**