United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-13261-djb

Barbara Fisher                                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 2

Date Rcvd: Mar 24, 2026                           Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

**Recip ID                    Recipient Name and Address**
db                     +  Barbara Fisher, 2829 Colmar Ave, Bensalem, PA 19020-2618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

**Name**                          **Email Address**

DANIEL P. JONES
                                  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master
                                  Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

JONATHAN H. STANWOOD
                                  on behalf of Debtor Barbara Fisher jhs@stanwoodlaw.com
                                  paralegal@stanwoodlaw.com,JonathanHStanwoodLLC@jubileebk.net

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                  on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                                  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master
                                  Participation Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Mar 24, 2026                           Form ID: pdf900                                Total Noticed: 1

STEVEN K. EISENBERG

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master
Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    BARBARA FISHER<br>        Debtor(s)<br>U.S. BANK TRUST NATIONAL<br>ASSOCIATION, NOT IN ITS<br>INDIVIDUAL CAPACITY, BUT SOLELY<br>AS TRUSTEE OF LSF9 MASTER<br>PARTICIPATION TRUST<br>        Movant<br>v.<br>BARBARA FISHER<br>        Debtor(s)<br>DEAN J. FISHER<br>FRANKLIN P. FISHER, JR.<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 21-13261-djb |

**O R D E R**

AND NOW, this _____ day of _____, 20_____ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and any successor in interest and Debtor, Barbara Fisher, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **2829 Colmar Ave, Bensalem, PA 19020**.

BY THE COURT:

**Date: March 23, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE